UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 2 8 2006 ★

**BROOKLYN OFFICE**

-----------------------------------------------------X

ROBERT A. FERRETTE,

                    Plaintiff,

  -against-

JO ANNE B. BARNHART,
COMMISSIONER OF
SOCIAL SECURITY,

                    Defendant.

-----------------------------------------------------X

JUDGMENT
05-CV- 1319 (JG)

An Order of Honorable John Gleeson, United States District Judge, having been filed on February 22, 2006, reversing the decision of the Commissioner and remanding for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g); and denying the plaintiff's oral motion that the case be remanded for the calculation of benefits, as it cannot be said that "the record in this case is sufficiently complete or persuasive with respect to disability as to make a remand unnecessary."; it is

ORDERED and ADJUDGED that the decision of the Commissioner is reversed and remanded for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g); that the plaintiff's oral motion that the case be remanded for the calculation of benefits is denied, as it cannot be said that "the record in this case is sufficiently complete or persuasive with respect to disability as to make a remand unnecessary."

Dated: Brooklyn, New York
       February 27, 2006

s/Robert C. Heinemann
_____
ROBERT C. HEINEMANN
Clerk of Court